[No. 21758–5–I. Division One. September 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHERYL KERR, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 85–8–05039–0, Richard M. Ishikawa, J., entered June 12, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Grosse, JJ.